UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 17-cr-20657
                                                                Hon. Matthew F. Leitman

v.

D-2 GEQUALON LAVELL CLEAVER,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CLEAVER'S MOTION TO SEVER (ECF #40)

On February 8, 2018, Defendant Gequalon Lavell Cleaver filed a motion to sever the trial of his matter from the other counts and defendants in this case. (*See* ECF #40.) The Court held a hearing on the motion on April 16, 2018. For the reasons stated on the record at the hearing, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Counts 1, 2, 3, and 6 of the Second Superseding Indictment are severed from Counts 4 and 5 of the Second Superseding Indictment.

2. The Court will hold a trial on Counts 1, 2, 3, and 6 first. After that trial is complete, the Court will hold a trial on Counts 4 and 5.

**IT IS SO ORDERED.**

                                                /s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: April 16, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2018, by electronic means and/or ordinary mail.

                                                                    s/Holly A. Monda
                                                                    Case Manager
                                                                    (810) 341-9764